## City of Sullivan v. Kate E. Hudson.

This case is controlled by decision in The City of Sullivan v. W. K. Whitfield, *ante.*

**Assumpsit.**—Common counts. Appeal from the Circuit Court of Moultrie County; the Hon. EDWARD P. VAIL, Judge presiding. Heard in this court at the November term, 1902. Affirmed. Opinion filed July 27, 1903.

J. K. MARTIN, city attorney, E. J. MILLER and JOHN R. EDEN, attorneys for appellant.

R. M. PEADRO, M. A. MATTOX and W. K. WHITFIELD, attorneys for appellee.

MR. JUSTICE BURROUGHS delivered the opinion of the court.

This case is like " The City of Sullivan v. W. K. Whitfield," which has been decided by this court at this term, and for the reasons given in the opinion in that case, the judgment of the Circuit Court in this case will also be affirmed.

The foregoing opinion was written by Mr. Justice Benjamin R. Burroughs during his term as justice of this court, and is now adopted as the opinion of this court.

GEORGE W. BROWN,
Presiding Justice.